Thomas D. ANDERSON, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 01–3314.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2001.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).